# EXHIBIT A - VIDEOS FILED CONVENTIONALLY