

# Hancock County Sheriff's Office
## Incident Report
8450 U.S. Highway 90 Bay Saint Louis,, MS 39520
Phone: (228) 466 - 6900 Fax: (228) 255 - 8246

| ORI | County | Venue | Report # |
|---|---|---|---|
| MS0230000 | Hancock County | Bay St Louis | H202500644 |

| Report Date / Time | Occurrence Date / Time | File Class |
|---|---|---|
| 03/17/2025 01:20 Hrs | 03/17/2025 01:14 Hrs - 03/17/2025 01:20 Hrs | 70274 |

(US/Central)

| Incident Report Type(s) / Nature of Incident | Supplements |
|---|---|
| Trespassing | Approved Report (1) |

**Summary**
Deputies responded to a call of a guest refusing to leave after being trespassed.

## Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| 5000 South Beach Boulevard | Bay St Louis | | | United States of America |

| County: | Township of Occurrence | Clery Location |
|---|---|---|
| Hancock County | | |

| Latitude | Longitude | Beat | Sub-Beat |
|---|---|---|---|
| 30.255344 | -89.418081 | County | South |

**Comments**
Silver Slipper Casino

## Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 70274 - Trespass After Warning 97-17-97 | Cleared by Arrest | 03/17/2025 01:14 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | |

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | Deputy              (#H41) | Hancock County Sheriff's Office | 0 |
| Assisting | Deput               (#H41) | Hancock County Sheriff's Office | 0 |
| Reporting | Deputy A. Weaver (#H111) | Hancock County Sheriff's Office | 0 |

## Incident People

| Roles | Supp # |
|---|---|
| **Arrestee,Suspect / Offender** | 0 |

| Name | Title | Date of Birth |
|---|---|---|
| CHARRON, MARK ANDREW (Primary Name) | | |

03/17/2025

| Race | Sex | Age at Occurrence | DL # |
|---|---|---|---|
| White | M | 58 Years Old | |

| Height | Weight | Hair | Hair Length | Skin |
|---|---|---|---|---|
| 510 | 280 | Brown | | Fair |

| Eye Color | Build | Facial Hair | Date of Info |
|---|---|---|---|
| Brown | Large | | 03/17/2025 |

| Arrest Date | Arrest Type |
|---|---|
| 03/17/2025 | On-View Arrest |

| Roles | Supp # |
|---|---|
| **Other Contact Person** | 0 |

| Name | Title | Date of Birth |
|---|---|---|
| WYATT, JACK EDWARD (Primary Name) | | |

| Race | Sex | Age at Occurrence | DL # | |
|---|---|---|---|---|
| White | M | 31 Years Old | (Mississippi) | |
| Address: | | | | |
| 1009 Nancy Place Gulfport, MS (Date of Info: 03/17/2025) | | | | |
| Height | Weight | Hair | Hair Length | Skin |
| 509 | 350 | Black | | |
| Eye Color | Build | | Facial Hair | Date of Info |
| Brown | | | | 03/17/2025 |

## Incident Organizations

| Role | Name |
|---|---|
| **Victim** | Silver Slipper |
| Address | |
| 5000 South Beach Boulevard Bay St Louis, MS 39520 | |

**Incident Narratives**

## Original Narrative

Author: Deputy A. Weaver #H103
Date Created: 03/17/2025 0145 Hrs
Supp #: 0

    On Monday, March 17, 2025, at approximately 0114 hours, Hancock County Sheriff's Office was dispatched to the Silver Slipper in reference to a white male (Mark Charron) refusing to leave the property after being trespassed. Deputy Allen Weaver arrived and attempted to speak with Charron.
    Deputy Weaver attempted numerous times to convince Charron to leave the property due to him being trespassed. Charron refused to leaving the property after getting in his vehicle and driving to a different parking lot on the Silver Slippers property and stopping his truck. Charron then placed his truck in reverse and sat in the middle of the parking lot. Deputy Weaver then conducted a traffic stop on Charron. Charron was then arrested and placed in the rear of Deputy Weaver's patrol vehicle for trespassing.
    Charron was transported to the Hancock County Jail without incident.
    No further information at this time.

| **Signed:** Deputy A. Weaver #H103 | **Reviewed:** Lieutenant K. Malley #H52 |
|---|---|

H202500644 - Hancock County Sheriff's Office

**Affidavit in State Cases.**

## ARRESTED

THE STATE OF MISSISSIPPI,
HANCOCK COUNTY

Case # **H202500644**

Officer: **Deputy Allen Weaver**

Before me **Sgt Avery** the Justice Court Clerk of the said County,

**Jack Wyatt** makes oath that **Mark Charron**

on or about the **17th** day of **March**, 20 **25**.

did willfully, **and unlawfully without authority of law remain at the Silver Slipper Casino after having been forbidden to do so by The Security Manager, on 03/17/2025 at 5000 South Beach Blvd Bay St. Louis MS (The Silver Slipper Casino).**

against the peace and dignity of the State of Mississippi.

_Jack Wyatt_

Sworn to and subscribed before me, the **17th** day of **March**, 20 **25**.

_Sgt. Avery_
JUSTICE COURT CLERK/DEPUTY CLERK

Charge: **Trespass after warning**      Statute: **97-17-97**

### Suspect Information

SUSPECT ARRESTED ☒ YES ☐ NO

Name: Mark Charron

Address: homeless                                                               WI
         Street Address                              City          State    Zip

D.O.B.:            SS#:            D/L#:

Height: 5'11   Weight: 160LBS   Hair Brown   Eyes Brown   Sex Male   Race White

**EXHIBIT B**