IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

MARK CHARRON                                                                     PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 1:26-cv-042-HSO-BWR _____

SILVER SLIPPER CASINO VENTURE, LLC;
HANCOCK COUNTY, MISSISSIPPI;
ALLEN WEAVER
UNKNOWN JOHN AND JANE DOES A-Z                                                   DEFENDANTS

## AFFIDAVIT

The undersigned, Sheriff John Alison, declares and states as follows:

1. I am over the age of twenty-one and am qualified and competent to make this affidavit, and have personal knowledge of all matters set forth herein.

2. I serve as the Sheriff of Hancock County and have served in that role since January 2026. As Sheriff, I am the custodian of the documents of the Sheriff's Department.

3. I am aware and have personal knowledge of the following:

    a. A true and correct copy of three videos records of Allen Weaver's body camera footage and dash/truck camera footage pertaining to Officer Weaver's encounter with Plaintiff on March 17, 2025, are attached as Exhibit A to Defendants Hancock County, Mississippi and Allen Weaver's answer and affirmative defendants to Plaintiff's complaint. Those videos are public records of the Sheriff's Department as they are kept and maintained within the course of the normal business practices of the department.

    b. A true and correct copy of the incident report with affidavit of trespass (which is executed by the Silver Slipper Casino representative) concerning Hancock County's encounter with and arrest of Plaintiff on March 17, 2025, are

**EXHIBIT D**

attached as Exhibit B to Defendants Hancock County, Mississippi and Allen Weaver's answer and affirmative defenses to Plaintiff's complaint. Those documents are public records of the Sheriff's Department as they are kept and maintained within the course of the normal business practices of the department.

4. I declare under penalty of perjury under the laws of the State of Mississippi that the above and foregoing is true and correct.

So declared on this the 18 day of February, 2026.

_____
SHERIFF JOHN ALISON

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

Today appeared before me, the undersigned notary public, Sheriff John Alison, who after being duly and properly sworn, did swear, affirm and verify that the matters and facts stated in the above and foregoing Declaration are true and correct as provided herein.

SO SWORN on this the 18 day of February, 2026.

_____
NOTARY PUBLIC

My Commission Expires: 03/22/28
(seal)

[Notary seal: LAURA REBECCA RUSPOLI, STATE OF MISSISSIPPI, ID NO. 101724, Commission Expires 03/22/2028, NOTARY PUBLIC, HANCOCK COUNTY]

**EXHIBIT D**